FILED
TIME: _____

FEB 17 2009

JAMES BONINI, Clerk
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA    :

         v.    :

LARRY J. RAMSEY    :

NO. 2:09-cr-34
29 U.S.C. §501(c)
Judge Frost

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

1. At all times hereinafter mentioned and within the meaning of Sections 3(i) and 3(j) of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §402(i) and §402(j), hereinafter referred to as the Act:

    (a) Representatives and Organizers Union, "ROU", is a labor organization representing employees in an industry affecting interstate commerce.

    (b) At all times relevant herein, the defendant, LARRY J. RAMSEY, was the Secretary-Treasurer, Representatives and Organizers Union, and as such was an officer of a labor organization within the meaning of sections 3(f) and 3(n) of the Act [29 U.S.C. §§402(f) and (n)].

2. From on or about March 1, 2002 through on or about November 6, 2007, in the Southern District of Ohio and elsewhere,

defendant LARRY J. RAMSEY, while an officer, that is, Secretary-Treasurer, Representatives and Organizers Union, a labor organization in an industry affecting commerce, did willfully and knowingly embezzle and convert to his own use the moneys and funds of said labor organization in the approximate amount of $163,222.00.

       In violation of 29 U.S.C. §501(c).

                                        GREGORY G. LOCKHART
                                        UNITED STATES ATTORNEY

                                        GARY L. SPARTIS
                                        DEPUTY CRIMINAL CHIEF